George D. Karalis
235 El Camino Del Mar
San Francisco, CA 94121-1114
1-415-668-6634
karalisgeorge256@gmail.com

**Plaintiff in Pro Se**



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, | # 24- cv-1143 |
| Plaintiff, | PLAINTIFF'S NOTICE OF ILLNESS & REQUEST FOR ENLARGEMENT OF TIME |
| VS. | |
| KELLY DOUGLAS CARN & THELMA ELLEN CARN | |
| Defendants_____/ | |

Plaintiff must undergo back surgery on 7-5-24. See attached medical documents.

Plaintiff requests an extension of time until the close of business 7-20-24 in order to respond to the Court's latest order. It is anticipated that the pain and signs expected in a post-op recovery will have abated by then.

Respectfully,

George Karalis  06-14-24
George Karalis
Plaintiff Pro Se

IT IS SO ORDERED:

Dated: June 19, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE