**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS, | Case No.: 2:24-cv-00968-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| KELLY DOUGLAS CARN and THELMA ELLEN CARN, | |
| Defendants | |

According to the status report filed by the defendants, the defendants "intend[] to seek leave of Court to supplement" a motion to dismiss that they filed in the transferor court prior to the case being transferred to this district. ECF No. 26. The prior motion to dismiss is not pending in this court, and no motion to supplement has been filed.

I THEREFORE ORDER that the defendants must file an answer or otherwise respond to the complaint by January 3, 2025.

DATED this 4th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE