**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

George Demetrius Karalis,

              Plaintiff,

vs.

Kelly Douglas Carn, *et al.*,

              Defendants.

Case No. 2:24-cv-00968-APG-MDC

**ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 55)**

The Court has reviewed the renewed *Motion to Withdraw as Attorney* (ECF No. 55) ("Motion"). Counsel for defendants, Shawn R. Perez, Esq., filed this Motion following the Court denying without prejudice the prior *Motion to Withdraw* (ECF No. 52) ("prior Motion"). The Court now **GRANTS** the Motion for the reasons below.

Mr. Perez requests to withdraw as counsel for defendants. *ECF No. 55*. The prior Motion was denied because Mr. Perez "did not state in his Certificate of Service on if he served this Motion to defendant Thelma Ellen Carn or if she was otherwise made aware of this Motion." *ECF No. 54*. Mr. Perez now includes Thelma Ellen Carn in the Certificate of Service for the Motion alongside defendant Kelly D. Carn and plaintiff. *ECF No. 55* at 6. He also states that Thelma Ellen Carn was dismissed from this case on July 30, 2025. *Id.* at 3; *ECF No. 34*.

Further, the Motion states that Nevada Rule of Professional Conduct 1.16(b)(5) justifies Mr. Perez's withdrawal. *Id.* at 2. Mr. Perez notes in a sworn declaration that there has been a breakdown in communication between himself and defendants. *Id.* at 4-5.

For good cause shown and because the Motion is unopposed, Mr. Perez's request is granted.

//

//

//

1

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Withdraw As Attorney* (ECF No. 55) is **GRANTED**.

2. Shawn R. Perez, Esq. shall be terminated as counsel of record for defendants.

3. Defendant Kelly D. Carn shall register for CM/ECF service *pro se* or file a notice of appearance of new counsel by **June 5, 2026**. If Kelly D. Carn fails to comply with this Order, sanctions may be issued, including default and a recommendation for judgment of the claims in favor of plaintiff.

4. The Clerk of Court is kindly directed to list that Thelma E. Carn has been dismissed from this case on CM/ECF.

DATED: May 5, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

### NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District

Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.