# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEORGE DEMETRIUS KARALIS,

    Plaintiff

v.

KELLY DOUGLAS CARN and THELMA ELLEN CARN,

    Defendants

Case No.: 2:24-cv-00968-APG-MDC

**Order (1) Denying Motion for Default Summary Judgment, and (2) Extending Defendants' Response Deadline**

[ECF No. 59]

George Karalis moves for entry of "default summary judgment" because the defendants did not respond to his motion for summary judgment. ECF No. 59.  But I may not grant a motion for summary judgment simply because the nonmoving party did not file an opposition. *Brydges v. Lewis*, 18 F.3d 651, 652 (9th Cir. 1994).  Moreover, as Karalis admits, the defendants' counsel withdrew while the motion was pending. ECF No. 59 at 3.  In the interest of fairness, and to render a decision on the merits of the motion, I will grant the defendants additional time to file a response to Karalis' motion for summary judgment.

I THEREFORE ORDER that Karalis' motion for entry of default summary judgment **(ECF No. 59) is denied**.

I FURTHER ORDER the defendants to file an opposition to Karalis' motion for summary judgment (ECF No. 57) by July 13, 2026.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE