**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE DEMETRIUS KARALIS,<br><br>Plaintiff<br><br>v.<br><br>KELLY DOUGLAS CARN and THELMA ELLEN CARN,<br><br>Defendants | Case No.: 2:24-cv-00968-APG-MDC<br><br>**Order (1) Dismissing Remaining Claims, (2) Awarding Plaintiff Prejudgment Interest, and (3) Directing Entry of Judgment**<br><br>[ECF No. 65] |

I previously granted summary judgment in favor of George Karalis on his claim for $76,473.81 in restitution from Kelly Carn. ECF No. 64. I directed Karalis to decide how to proceed on his remaining claims and to move for prejudgment interest if he wanted to recover that. *Id.* at 3. Karalis filed a "waiver of trial" on the remaining claims, which I will treat as a voluntary dismissal of those claims. ECF No. 66. He also moves for an award of prejudgment interest in the amount of $17,921. ECF No. 65. Carn did not oppose, and under Local Rule 7-2(d), that constitutes his consent to my granting the motion.

Karalis calculated prejudgment interest through September 15, 2026, based on a per diem of 0.0246%. *Id.* at 5. Using that rate, prejudgment through November 9, 2026 is $18,285. I award Karalis $18,285 in prejudgment interest.

I THEREFORE ORDER that Karalis' motion for prejudgment interest **(ECF No. 65) is granted**. I award Karalis $18,285 in prejudgment interest. Combined with the $76,473 in restitution, the total award to Karalis is $94,758.

I FURTHER ORDER the clerk of court to enter judgment in favor of George Karalis and against defendant Kelly Carn the amount of $94,758. The clerk of court is further directed to close this case.

DATED this 9th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE